THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTIAN ALVAREZ, Appellant. [926 NYS2d 838]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Carol Berk-

man, J.), rendered on or about January 9, 2008, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., Sweeny, Freedman, Manzanet-Daniels and Román, JJ.